People of the State of Illinois, Plaintiff-Appellee, v. Bruce Thurman, Defendant-Appellant.

Gen. No. 50,306. (Abstract of Decision.)

First District, Second Division.

October 25, 1966.

■■■ Norman Nelson, Jr., of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Lawrence Genesen, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.